The People of the State of Illinois ex rel. Vitagraph, Inc., appellee, v. William E. Dever et al., appellants. Gen. No. 31,833.

Mandamus to compel issuance of photoplay permit. Order that writ issue. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Samuel A. Ettelson, Corporation Counsel, for appellants; James J. Coughlin, Assistant Corporation Counsel, of counsel. Leesman, Roemer & Schnell, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

In re estate of Lawrence S. Williams, deceased.

Alice Tyler, executrix of the estate of Adaline Williams, deceased, appellee, v. Ethel M. Williams, administratrix of the estate of Lawrence S. Williams, deceased, appellant. Gen. No. 31,835.

Claim in probate proceeding. Claim allowed. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Denison, Watkins & White, for appellant. Dent, Dobyns & Freeman, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Charles Prieb, appellee, v. Crane Company, appellant. Gen. No. 31,842.

Action for damages to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Mae Brudy, appellee, v. David Lipman, appellant. Gen. No. 31,854.

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927. Rehearing denied January 6, 1928.

D. W. Elliott, for appellant. No appearance for appellee.

Mr. Justice Holdom delivered the opinion of the court.

---

Albert Rosenfield, appellant, v. Carl Ottens, appellee. Gen. No. 31,866.

Action for realty broker's commissions. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 21, 1927.

Louis A. Sherman, for appellant; Preston Clark, of counsel. Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Justice Holdom delivered the opinion of the court.